IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEVIN HUTCHINSON                                                                                    PLAINTIFF

v.                                          Case No. 2:24-cv-2054

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                      DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Ford recommends that Defendant's unopposed[1] Motion to Remand (ECF No. 13) be granted, and this matter be remanded for further consideration by the Commissioner pursuant to "sentence four" of 42 U.S.C. § 405(g).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 15) *in toto*. Defendant's Motion to Remand (ECF No. 13) is **GRANTED**. This matter hereby is remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 3rd day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Defendant states that it conferred with Plaintiff's counsel regarding the motion to remand and that Plaintiff does not oppose the request. ECF No. 13, p. 1.