IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEVIN LEE HUTCHINSON                                                                                    PLAINTIFF

v.                                            Case No. 2:24-cv-2054

MICHELLE KING, Acting Commissioner[1],
Social Security Administration                                                                          DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Ford recommends that Plaintiff's Motion for Attorney Fees (ECF No. 17) be granted pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 19) in toto. Plaintiff's Motion for Attorney Fees (ECF No. 17) is hereby **GRANTED**.

**IT IS SO ORDERED**, this 24th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Michelle King was named Acting Commissioner of Social Security on January 20, 2025, and in her official capacity is substituted as defendant. See Fed. R. Civ. P. 25(d).